UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUKHVIR SINGH, | ) | 1:07-CV-00143 AWI NEW (DLB) HC |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| | ) | |
| ROBERTO R. GONZALES, et al., | ) | [Doc. #7] |
| | ) | |
| Respondents. | ) | |

On February 14, 2007, the Court issued an Order directing Respondent to show cause why the petition should not be granted. Respondent was directed to comply with the Order within forty-five (45) days. Over forty-five (45) days have passed and Respondent has not complied with the Order.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   **April 19, 2007**                    **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California          cd                                    1