# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVIR SINGH,<br><br>        Petitioner,<br><br>   v.<br><br>ALBERTO GONZALES, et al.,<br><br>        Respondents. | 1:07-CV-00143 AWI NEW (DLB) HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>[Doc. #11]<br><br>ORDER GRANTING MOTION TO DISMISS<br>[Doc. #13]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

      Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On May 4, 2007, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was removed from the United States on May 2, 2007. See Attachment 1 to Motion to Dismiss. Counsel for Respondent also responded to the Court's Order of April 20, 2007, which directed Respondent to show cause why sanctions should not be imposed for failure to comply with a court order. Counsel states she did not timely respond to the Court's order because of medical issues related to her pregnancy and because she misplaced the case file within her office. It is clear Counsel did not deliberately disregard the Court's orders. Her reasons are excusable provided measures are taken to prevent such an oversight in the future.

1   Accordingly, good cause having been presented and good cause appearing therefor, IT IS
2   ORDERED that the Order to Show Cause of April 20, 2007, is DISCHARGED, and Respondent's
3   Motion to Dismiss the Petition is GRANTED, and the Petition is DISMISSED. The Clerk of Court is
4   DIRECTED to enter judgment.

6   IT IS SO ORDERED.

7   **Dated:     May 25, 2007**                    **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE